# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| CLIFFORD THOMPSON, | Civil Nos. 16-4024 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT** |
| WESTMOR INDUSTRIES, | **AND RECOMMENDATIONS** |
| Defendant, | |

_____

Clifford Thompson, 25417 County Road 1, Hancock, MN 56244, *pro se* plaintiff.

Melissa Dosick Riethof, Bradley Lindeman, **MEAGHER & GEER, P.L.L.P.,** 33 South Sixth Street, Suite 4400, Minneapolis, MN 55402, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, [Docket No. 4], is **DENIED WITHOUT PREJUDICE** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: June 30, 2017         s/John R. Tunheim  
at Minneapolis, Minnesota     JOHN R. TUNHEIM  
                                            Chief Judge  
                                            United States District Court